# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| v. ) | **Criminal No.** |
| ) | **12-10338-FDS** |
| DAVID E. GORSKI, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

A motion hearing in this case was held on September 11, 2014. The parties were heard on issues concerning the crime-fraud exception to the attorney-client privilege. In order to allow for more time to litigate these issues, and for additional pre-trial preparation, both parties assented to the exclusion of time under the Speedy Trial Act from September 29, 2014 to October 6, 2014.

The Court finds that "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Therefore, the period of time from September 29, 2014, through October 6, 2014, shall be excludable under the Speedy Trial Act.

**So Ordered.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ F. Dennis Saylor
　　　　　　　　　　　　　　　　　　　　　　　　F. Dennis Saylor IV
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: September 11, 2014